1  **DOLL AMIR & ELEY LLP**
   HUNTER R. ELEY (SBN 224321)
2  1888 Century Park East
   Suite 1106
3  Los Angeles, California  90067
   Telephone: (310) 557-9100
4  Facsimile:  (310) 557-9101

5  Attorneys for Defendant
   GREENPOINT MORTGAGE FUNDING, INC.
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11

12 CATHERINE LONDON,                      CASE NO. CV 10-02789 EDL

13              Plaintiff,

14                                        **STIPULATION AND [PROPOSED] ORDER
      v.                                  THAT DEFENDANT GREENPOINT
15                                        MORTGAGE FUNDING, INC. JOIN IN
   AURORA LOAN SERVICES; GREENPOINT       THE MOTION TO DISMISS PLAINTIFF'S
16 MORTGAGE FUNDING; MORTGAGE             CORRECTED FIRST AMENDED
   ELECTRONIC REGISTRATION SYSTEMS,       COMPLAINT FILED BY CO-
17 INC. and DOES 1-25,                    DEFENDANTS**

18              Defendants.

19

---

STIPULATION TO JOIN IN CO-DEFENDANTS' MOTION TO DISMISS; [PROPOSED] ORDER
Case No. CV 10-02789 EDL

Defendants GreenPoint Mortgage Funding, Inc. ("GreenPoint"), Aurora Loan Services ("Aurora"), and Mortgage Electronic Registration Systems, Inc. ("MERS"); and Plaintiff Catherine London (collectively, "the parties") hereby submit this Stipulation and [Proposed] Order as follows:

**WHEREAS:**

1. On August 9, 2010, defendants Aurora and MERS filed a Motion to Dismiss the Corrected First Amended Complaint ("FAC") filed by plaintiff Catherine London, based on Federal Rule of Civil Procedure 12(b)(6);

2. The Motion to Dismiss is scheduled for hearing on September 21, 2010, at 9:00 a.m.;

3. The parties agree that the Motion to Dismiss contains legal arguments that apply to GreenPoint as well as to Aurora and MERS;

4. The parties agree that it would serve the interest of judicial economy for GreenPoint to join in the pending Motion to Dismiss rather than to file its own Motion raising the same substantive arguments;

**NOW, THEREFORE, IT IS HEREBY STIPULATED THAT:**

The parties request that GreenPoint join in the Motion to Dismiss the Corrected First Amended Complaint.

The Motion will be heard, as noticed, on September 21, 2010, at 9:00 a.m.

**IT IS SO STIPULATED.**

Dated: September 3, 2010                    **DOLL AMIR & ELEY LLP**

                                            By: /s/ Hunter R. Eley
                                            Hunter R. Eley
                                            Attorneys for Defendant
                                            GREENPOINT MORTGAGE FUNDING, INC.

| | |
|---|---|
| Dated: September 2, 2010 | **SEVERSON & WERSON** |
| | A Professional Corporation |
| | By: _/s/ M. Elizabeth Holt/_ |
| | M. Elizabeth Holt |
| | Attorneys for Defendants |
| | AURORA LOAN SERVICES and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. |
| Dated: September 2, 2010 | **MOSS & MURPHY** |
| | By: _____ |
| | Glen L. Moss |
| | Attorneys for Plaintiff |
| | CATHERINE LONDON |

09/02/2010 16:26 FAX 5105831299     MOSS&MURPHY                                    ☒001
Sep. 2. 2010 4:59PM                                                    No. 2142  P. 4/5

1 | Dated: September 2, 2010

**SEVERSON & WERSON**

A Professional Corporation

By: _____
    M. Elizabeth Holt
Attorneys for Defendants
AURORA LOAN SERVICES and MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS, INC.

Dated: September 2, 2010

**MOSS & MURPHY**

By: _/s/ Glen L. Moss_____
    Glen L. Moss
Attorneys for Plaintiff
CATHERINE LONDON

DOLL AMIR & ELEY LLP
1888 Century Park East, Suite 1106
Los Angeles, CA 90067
(310) 557-9100

---

2

STIPULATION TO JOIN IN CO-DEFENDANTS' MOTION TO DISMISS; [PROPOSED] ORDER
Case No. CV 10-02789 EDL

# [PROPOSED] ORDER

Based upon the parties' stipulation, and good cause appearing, the Court orders as follows:

1. Defendant GreenPoint Mortgage Funding, Inc., will join as a moving party to the pending Motion to Dismiss the Corrected First Amended Complaint, filed by defendants Aurora Loan Services and Mortgage Electronic Registration Systems, Inc. on August 9, 2010.

2. The Motion to Dismiss will remain calendared for hearing on September 21, 2010, at 9:00 a.m.

**IT IS SO ORDERED.**

DATED:  9/15/10



Judge Elizabeth D. LaPorte
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1888 Century Park East, Suite 1106, Los Angeles, CA 90067.

On September 3, 2010, I served the foregoing document described as **STIPULATION AND [PROPOSED] ORDER THAT DEFENDANT GREENPOINT MORTGAGE FUNDING, INC. JOIN IN THE MOTION TO DISMISS PLAINTIFF'S CORRECTED FIRST AMENDED COMPLAINT FILED BY CO-DEFENDANTS** on the parties in this action by serving:

### SEE ATTACHED SERVICE LIST

( X )   **By Envelope**: by placing ( ) the original ( X ) a true copy thereof enclosed in sealed envelopes addressed as above and delivering such envelopes:

( X )   **By Mail**: As follows: I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

( )   **By Personal Service**: I personally handed the aforementioned documents to the addressee(s) named above.

( )   **By Facsimile Transmission**: On September 3, 2010, I caused the above-named document to be transmitted by facsimile transmission to the offices of the addressee(s) at the facsimile number(s) so indicated above. The transmission was reported as complete and without error.

( )   **By Electronic Mail**: I scanned and submitted an electronic versions of the document via electronic mail to the attached Service List and confirmed receipt of the e-mail.

( )   **By Federal Express**: I caused the envelope(s) to be delivered to the Federal Express office for delivery on the next-business-day basis to the offices of the addressee(s).

(X)   **By Electronic Filing**: I hereby certify that on September 3, 2010, I electronically transmitted the above-named document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the aforementioned CM/ECF registrants.

Executed on September 3, 2010 at Los Angeles, California.

( X )   **FEDERAL**   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

( )   **STATE**   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Felicia Dorng

## SERVICE LIST

Glenn L. Moss, Esq.
Ann Murphy, Esq.
Moss and Murphy
1297 B Street
Hayward, CA 94541
T: (510) 583-1155
F: (510) 583-1299
*Attorneys for Plaintiff*
*Catherine London*

Sunny S. Huo, Esq.
M. Elizabeth Holt, Esq.
Severson & Werson
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
T: (415) 398-3344
F: (415) 956-0439
*Attorneys for Defendants Aurora Loan Services*
*And Mortgage Electronic Registration Systems, Inc.*