IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE LONDON, | No. C-10-02789 EDL |
| Plaintiff, | **ORDER SETTING DEADLINE TO FILE AMENDED COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| AURORA LOAN SERVICES, | |
| Defendant. | |

On September 24, 2010, the Court issued an order granting with leave to amend Defendant's Motion to Dismiss. If Plaintiff wishes to file an amended complaint, she must do so no later than October 29, 2010. The case management conference currently set for October 26, 2010 is continued to November 30, 2010 at 10:00 a.m. A joint case management conference statement shall be filed no later than November 23, 2010.

**IT IS SO ORDERED.**

Dated: October 18, 2010

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge